470 A.2d 1024

Commonwealth v. Beasom, Appellant.

Petition for Allowance of Appeal
Denied May 14, 1984.

Submitted November 8, 1983. Frederick B. Gieg, Jr., for appellant; Frank Joseph Hartye, First Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Order affirmed.